Slip Op. 23-138

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **LINCOLN GENERAL INSURANCE COMPANY (IN LIQUIDATION),** Defendant, | Before: Jane A. Restani, Judge Court No. 11-00296 |

### <u>JUDGMENT</u>

Upon reading plaintiff's consent motion to dismiss; and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that plaintiff's motion be, and hereby is, granted; and it is further

ORDERED, ADJUDGED, and DECREED that the above-captioned action is **DISMISSED**.

  /s/  Jane A. Restani
Jane A. Restani, Judge

Dated: September 20, 2023
      New York, New York